EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br><br>Claudia Rivera Echevarría | 2024 TSPR 98<br><br>214 DPR ___ |

Número del Caso:  TS-15,950


Fecha:  9 de septiembre de 2024


Representante legal de la peticionaria:

     Por derecho propio.


Materia:  Readmisión al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |  |
|---|---|---|
| Ex parte:<br><br>Claudia Rivera Echevarría | TS- 15,950 | |

Sala de Verano integrada por la Jueza Presidenta Oronoz Rodríguez, el Juez Asociado señor Kolthoff Caraballo, el Juez Asociado señor Estrella Martínez y el Juez Asociado señor Colón Pérez

RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de septiembre de 2024.

Examinada la *Moción solicitando reinstalación al ejercicio de la abogacía*, presentada por la Sra. Claudia Rivera Echevarría, se ordena la readmisión de ésta al ejercicio de la abogacía.

Además, se le ordena a la Secretaría de este Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo